IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| v. | |
| CLIFFORD WAY | NO. 94-379-2 |

### O R D E R

AND NOW, this 17th day of December, 2020, upon consideration of Defendant's Pro Se Letter Regarding Compassionate Release (Doc. No. 187), Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 188), and the government's response in opposition (Doc. No. 191), it is hereby ORDERED that the Motion is GRANTED.

The Court has considered the factors listed in 18 U.S.C. § 3553(a) and the policy statements issued by the Sentencing Commission, to the extent they are applicable, and finds that Mr. Way has presented "extraordinary and compelling reasons" justifying a reduction in his sentence.

Mr. Way's term of imprisonment is hereby reduced to the time he has already served.  He shall be released from the custody of the Bureau of Prisons (FCI Schuylkill) within fourteen days, allowing for the verification of the Defendant's residence and/or establishment of a release plan, to make

appropriate travel arrangements, and to ensure the Defendant's safe release.

BY THE COURT:

s/ J. Curtis Joyner

_____
J. CURTIS JOYNER, J.